```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

BENJAMIN MITCHELL,

                    Plaintiff,

       -against-

CITY of NEW YORK, et al,

                    Defendants.
----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08Civ. 03783 (RJH) (JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Consent nnder 28 U.S.C. § 636(c) for all purposes (including trial)

___  Specific Non-Dispositive Motion/Dispute:*

_____
_____

___  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Habeas Corpus

___  Social Security

_  Settlement*

___  Inquest After Default/Damages Hearing

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         April 30, 2008

_____
HON: Richard J. Holwell
United States District Judge